

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00811-CV

**IN THE INTEREST OF D.L.R., JR., D.L.W.R., AND D.L.L.R.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00016
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant, A.G., appeals the trial court's termination of her parental rights. The court-appointed attorney for appellant filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney certified that, on February 4, 2023, counsel served copies of the brief and motion on appellant, and informed appellant of her right to review the record and file her own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided appellant with a "Motion for Pro Se Access to Appellate Record." *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4.

If appellant wishes to obtain a copy of the record, she must file a written request with this court **no later February 27, 2023**. If appellant wishes to file a *pro se* brief, we ORDER that she do so **no later than March 20, 2023**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court.

We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

It is so **ORDERED** on February 16, 2023.

**PER CURIAM**

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT